RECEIVED
USDC, WESTERN DISTRICT
ROBERT H. SHEMWELL
ALEXANDRIA, LOUISIANA
DATE 4/12/05
BY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| **ADAMS & REESE LLP** | **CIVIL ACTION NO. 04-2372-A** |
| -vs- | **JUDGE DRELL** |
| **JP MORGAN CHASE BANK, N.A.** | **MAGISTRATE JUDGE KIRK** |

## O R D E R

For good cause shown by telephone conference this date with counsel for Adams and Reese, LLP and counsel for JP Morgan Chase Bank, N.A.,

IT IS ORDERED that this suit is STAYED and all proceedings suspended until further orders of this Court. All deadlines in the Plan of Work are suspended and will be reset. Counsel are required to advise the Court every six months on the status of any collateral proceedings and regarding the need to restore this case to the active docket.

SIGNED on this 11th day of April, 2005, at Alexandria, Louisiana.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE