RECEIVED
IN ALEXANDRIA, LA

NOV 2 6 2007

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

ADAMS AND REESE, LLP              *    CIVIL ACTION NO.  1:04CV2372
                                  *
                                  *
VERSUS                            *    JUDGE DRELL
                                  *
                                  *
JP MORGAN CHASE BANK, N.A.        *    MAGISTRATE JUDGE KIRK
                                  *

* * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering plaintiff's Report to the Court;

IT IS ORDERED that the stay of this lawsuit be and hereby is continued in effect until March 31, 2008, with all rights and defenses of each party expressly reserved.

IT IS FURTHER ORDERED that plaintiff advise the Court of the status of the matter within ten days following conclusion of the trial of Mr. Perdigao or on or before March 15, 2008, whichever first occurs.

Alexandria, Louisiana, this 26 day of November, 2007.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE

98553