UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| ADAMS AND REESE, LLP | * | CIVIL ACTION NO. 1:04CV2372 |
| VERSUS | * | JUDGE DRELL |
| JP MORGAN CHASE BANK, N.A. | * | MAGISTRATE JUDGE KIRK |

## ORDER

Considering plaintiff's Report to the Court;

IT IS ORDERED that the stay of this lawsuit be and hereby is continued in effect through and including June 30, 2010, with all rights and defenses of each party expressly reserved.

IT IS FURTHER ORDERED that plaintiff advise the Court of the status of the matter by June 30, 2010. *The Court appreciates counsel's diligence.*

Alexandria, Louisiana, this 25 day of January, 2010.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE

151519